**GAYLA R. MAY CSR, RPR**
**27th Judicial District Court**
**P. O. Box 747**
**Belton, TX 76513**
**(254) 933-5270**

September 25, 2015

Mr. Jeffrey D. Kyle, Clerk
Third District of Texas
Court of Appeals
P. O. Box 12547
Capitol Station
Austin, TX 78711

    Re:  Trial Court No. 72,941; Karl Lee Wiggins Vs. The State of Texas;
        27th District Court,  Bell County, TX; Case No. 03-15-00385-CR

Dear Mr. Kyle:

In reference to the appeal of Karl Lee Wiggins Vs. State, COA 03-15-00385-CR, I am requesting a one-week extension in order for me to gather the exhibits.  I am home with a husband recovering from back surgery and I thought I had scanned the exhibits on my computer.  However, I cannot locate them and I believe the due date is today, September 25.   I am requesting until October 2, 2015, in order to file the Reporter's Record.

Thank you,

Gayla R. May

27th District Court

Bell-Lampasas Counties